1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

10  JOSETTE HERNANDEZ,                                )
                                                    )
11              Plaintiff(s),                        )          Case No. 2:14-cv-02113-JAD-NJK
                                                    )
12  vs.                                              )          ORDER DENYING DISCOVERY
                                                    )          PLAN
13  WESTSTATES PROPERTY                              )
    MANAGEMENT, et al.,                              )
14                                                   )          (Docket No. 29)
                Defendant(s).                        )
15  _____)

16          Pending before the Court is the parties' proposed discovery plan, which includes a stay of

17  discovery until after the hearing on various motions, including a motion to dismiss. *See* Docket No. 29

18  at 1-2. "The Federal Rules of Civil Procedure do not provide for automatic or blanket stays of discovery

19  when a potentially dispositive motion is pending." *Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 601

20  (D. Nev. 2011).  The case law in this District makes clear that requests to stay all discovery may be

21  granted when: (1) the pending motion is potentially case-dispositive; (2) the potentially dispositive

22  motion can be decided without additional discovery; and (3) the Court has taken a "preliminary peek"

23  at the merits of the motion and is convinced that the plaintiff will be unable to state a claim for relief.

24  *See, e.g.*, *Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013).  The pending discovery

25  plan fails to address these standards.  Accordingly, it is hereby **DENIED**.

26  //

27  //

28  //

1        The parties must file, no later than April 1, 2015, either a request to stay discovery addressing

2    the relevant standards or an amended discovery plan that omits any stay of discovery.

3        IT IS SO ORDERED.

4        DATED: March 25, 2015

5                                        _____

6                                        NANCY J. KOPPE
                                         United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                       2