UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Josette Hernandez,

    Plaintiff

v.

Weststates Property Management, et al.,

    Defendants

Case No.: 2:14-cv-02113-JAD-NJK

**Order Re: Docs. 13, 19, 21, 22**

Accordingly, for the reasons stated on the record during the April 27, 2015, hearing,

It is HEREBY ORDERED that Defendants Westates Proprerty Management and Overton Associates, L.P.'s Motion to Dismiss, Strike, and for a More Definite Statement **[Doc. 13] is GRANTED** in part and **DENIED** in part:

    1.    It is **GRANTED** as to Hernandez's claim under 42 U.S.C. § 3604(c).

    2.    It is **DENIED** in all other respects.

It is FURTHER ORDERED that Defendants Freddy Ludena and Alma Lopez's Motion to Dismiss **[Doc. 19] is GRANTED** in part and **DENIED** in part:

    1.    It is **GRANTED** as to Hernandez's claim under 42 U.S.C. § 3604(c).

    2.    It is **DENIED** in all other respects.

It is FURTHER ORDERED that Defendants Freddy Ludena and Alma Lopez's Motion to Strike **[Doc. 21] is GRANTED** in part.  The second sentence in paragraph 23 through paragraph 26 are hereby stricken.

It is FURTHER ORDERED that Defendants Freddy Ludena and Alma Lopez's Motion for a More Definite Statement **[Doc. 22] is DENIED**.

DATED: April 28, 2015.

_____
Jennifer A. Dorsey
United States District Judge