UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSETTE HERNANDEZ, ) | Case No. 2:14-cv-02113-JAD-NJK |
| Plaintiff(s), ) | |
| ) | ORDER DENYING MOTIONS |
| vs. ) | |
| ) | (Docket Nos. 45-46) |
| WESTATES PROPERTY MANAGEMENT, et al., ) | |
| ) | |
| Defendant(s). ) | |

On May 1, 2015, the Court denied without prejudice Plaintiff's emergency motion for a protective order regarding a dispute over a deposition scheduled for May 8, 2015. Docket No. 44. In particular, the Court ordered the parties to conduct a meaningful meet-and-confer regarding their dispute. *See id.* It appears that counsel have now exchanged two emails and spoken on the phone. *See* Docket No. 46 at 2-3. No doubt cognizant of the looming May 8, 2015, deposition date, however, that conferring occurred over a short time frame yesterday. *See id.* Plaintiff has now filed two additional emergency motions regarding the upcoming deposition. *See* Docket No. 45-46.

It appears that counsel have been able to make some progress in resolving (or at least narrowing) the dispute at issue. The Court finds the interests of justice are best served by counsel continuing the meet-and-confer process to see if they can further resolve this dispute. To better facilitate that process, the Court hereby VACATES the deposition set for May 8, 2015. The parties shall diligently confer with one another. If they are unable to resolve the dispute in its entirety, Defendants may bring a motion to compel no later than May 12, 2015. Given that the dispute involves issues of attorney work-product,

the Court also finds it appropriate to allow for a full briefing schedule pursuant to the deadlines outlined in Local Rule 7-2 to ensure that the issues can be explored in well-developed briefing.

Accordingly, for the reasons discussed above, the Court hereby ORDERS as follows:

(1) the pending discovery motions (Docket Nos. 45-46) are hereby DENIED without prejudice;

(2) the deposition scheduled for May 8, 2015, is hereby VACATED;

(3) this matter does not constitute an "emergency" and will not be resolved on an expedited basis;

(4) counsel shall continue to meet-and-confer to attempt to resolve or further narrow this dispute;

(5) to the extent a dispute persists, Defendants may file a motion to compel no later than May 12, 2015, which shall be briefed according to the default briefing schedule established in Local Rule 7-2.

IT IS SO ORDERED.

DATED: May 5, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge