Sean D. Thueson, Esq.
Nevada Bar No. 8690
Andrea M. Champion, Esq.
Nevada Bar No. 13461
R. Calder Huntington, Esq.
Nevada Bar No. 11996
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: (702) 669-4622
Fax: (866) 643-0065
sdthueson@hollandhart.com
amchampion@hollandhart.com
rchuntington@hollandhart.com

*Attorneys for Defendants Weststates Property Management and Overton Associates, LP*

# THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JOSETTE HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WESTSTATES PROPERTY MANAGEMENT, OVERTON ASSOCIATES, LP, FREDDY LUDENA, and ALMA LOPEZ,<br><br>　　　　Defendant. | CASE NO.: 2:14-cv-02113-JAD-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

　　　Plaintiff Josette Hernandez, by and through her counsel of record, Ron Sung, Esq., of Nevada Legal Services, Defendants Weststates Property Management and Overton Associates, LP, by and through their counsel of record, Sean D. Thueson, Esq., of the law firm of Holland & Hart LLP, and Defendants Freddy Ludena and Alma Lopez, by and through their counsel of record, Robert S. Larsen, of the law firm Gordon & Rees LLP, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree that the above-referenced action shall be dismissed with prejudice.

///

1

7829910

Each party agrees to bear its own attorneys' fees and costs.

DATED this 29 day of June, 2015.

HOLLAND & HART LLP

_____
Sean D. Thueson, Esq.
Nevada Bar No. 8690
Andrea M. Champion, Esq.
Nevada Bar No. 13461
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
*Attorneys for Defendants Weststates Property Management and Overton Associates, LP*

DATED this 29 day of June, 2015.

NEVADA LEGAL SERVICES

_____
Ron Sung, Esq.
Nevada Bar No. 13047C
I. Kristine Berstrom, Esq.
530 South Sixth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff, Josette Hernandez*

DATED this ____ day of June, 2015

GORDON & REES LLP

_____
Robert S. Larsen, Esq.
Nevada Bar No. 7785
3770 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169
*Attorneys for Defendants*
FREDDY LUDENA AND ALMA LOPEZ

### ORDER

Based on the parties' stipulation, IT IS HEREBY ORDERED this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is instructed to close this case.

Dated: July 7, 2015.

_____
UNITED STATES DISTRICT JUDGE

2

7829910

Each party agrees to bear its own attorneys' fees and costs.

DATED this ____ day of June, 2015.  DATED this ____ day of June, 2015.

HOLLAND & HART LLP  NEVADA LEGAL SERVICES

_____  _____
Sean D. Thueson, Esq.  Ron Sung, Esq.
Nevada Bar No. 8690  Nevada Bar No. 13047C
Andrea M. Champion, Esq.  I. Kristine Berstrom, Esq.
Nevada Bar No. 13461  530 South Sixth Street
9555 Hillwood Drive, 2nd Floor  Las Vegas, Nevada 89101
Las Vegas, NV 89134  *Attorneys for Plaintiff,*
*Attorneys for Defendants Weststates*  *Josette Hernandez*
*Property Management and Overton*
*Associates, LP*

DATED this 16 day of June, 2015

GORDON & REES LLP

_____
Robert S. Larsen, Esq.
Nevada Bar No. 7785
3770 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169
*Attorneys for Defendants*
*FREDDY LUDENA AND ALMA LOPEZ*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: _____

2

7829910